STATE OF NEW JERSEY v. JOHN GAROFALO.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES R. HIGHTOWEL.

June 8, 1983.

Petition for certification denied.

A. WILLIAM THOMAS v. BARRY L. GARDNER.

June 8, 1983.

Petition for certification denied.

THE BRIARCLIFF v. BOROUGH OF CLIFFSIDE PARK.

June 8, 1983.

Petition for certification denied.